THE PEOPLE ex rel. CHARLES J. CLINCH et al., Appellants, *v.* HARRISON S. MOORE et al., Respondents.

(Argued November 30, 1891; decided December 15, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 2, 1891, which affirmed an order entered upon the report of referees affirming an order of the commissioner of highways in laying out a highway.

*Thomas Young* for appellants.

*James S. Allen* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.